IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROOKS, | No. CIV S-10-2246-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| KENNETH JAMES LEE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner[1] proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 6). Plaintiff's complaint, and service thereof by the United States Marshal if appropriate, is addressed separately. The Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference unless specifically directed by the court to do so.

Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

---

[1] It appears that Plaintiff may have been released from custody given his recent change of address.

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to
2 proceed in forma pauperis (Doc. 6) is granted.

4  DATED: October 26, 2010

                                                      **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE